UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOHN ROY KING II

          Plaintiff,

v.                                                Case No. 25-cv-982

THE BARBERSHOP A HAIR SALON FOR
MEN, LCC

          Defendant.

---

### DEFENDANT'S NOTICE OF REMOVAL

---

Defendant, The Barbershop A Hair Salon for Men, LLC ("Defendant" or "Barbershop"), by its attorneys, von Briesen & Roper, s.c., hereby gives notice of the removal of this civil action from the Circuit Court of Dane County, Wisconsin, to the United States District Court for the Western District of Wisconsin. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a), and 1446. As grounds for removal, Defendant states as follows:

1. On October 8, 2025, Plaintiff, John King, commenced a civil action against the Defendant by filing a summons and complaint in the Circuit Court of Dane County, Wisconsin (the "state court action"). The case was assigned case no. 2025CV3371. A true and correct copy of the summons and complaint are attached hereto as **Exhibit A**. The summons and complaint were served on the Defendant on October 27, 2025. In addition to the summons and complaint, Defendant's notice of appearance and answer and affirmative defenses have been filed in the state court action. A true and correct copies of those documents are attached hereto as **Exhibit B**.

2. This is an action whereby Plaintiff seeks recovery for alleged harassment and racially charged comments by Defendant and Defendant's employees, in violation of Title VII of the Civil Rights Act and Wis. Stat. §111.321. (See, Complaint at ¶¶ 4-7).

3. The Complaint alleges that Plaintiff was an employee at Defendant's place of business and allegedly suffered harassment and racial discrimination from the Defendant and Defendant's employees. (Id.) The Complaint further alleges that as the employer, the Defendant knew of the discriminatory treatment and failed to take appropriate corrective action to prevent or stop the racially based mistreatment. (Id., at ¶ 5). As a result of Defendant's actions, Plaintiff alleges to have suffered lost wages, emotional distress, and other compensable damages.

4. Plaintiff initiated the discriminatory allegations by filing a complaint with the Equal Employment Opportunity Commission ("EEOC"), Charge No: 443-2025-02788. The EEOC issued a Determination and Notice of Rights and Notice of Right to Sue on July 10, 2025. The EEOC did not make a finding as to the merits of the complaint and determined it will not further investigate the matter. A true and correct copy of the Notice of Determination and Right to Sue is attached hereto as **Exhibit C**.

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, because there is a cause of action alleging violations under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e.

6. In accordance with 28 U.S.C §§ 1441 and 1446, this Notice of Removal is being filed within thirty (30) days after Plaintiff's service of the summons and complaint upon the Defendant.

7. This Court has supplemental jurisdiction over Plaintiff's remaining state law claims and the Defendant pursuant to 28 U.S.C. § 1376. The Plaintiff's state law claims stem from the same facts alleged to support his claims, alleging the Defendant subjected Plaintiff to

discrimination in violation of Title VII.  Accordingly, Plaintiff's state law claims are inextricably intertwined with Plaintiff's claims that arise under federal law, and the Court should exercise its supplemental jurisdiction.

8. Defendant, Barbershop submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff and without conceding that Plaintiff has alleged claims upon which relief may be granted.  In addition, Defendant expressly reserves the right to move for dismissal of some or all of Plaintiff's claims, and reserves the right to amend or supplement this Notice of Removal.

9. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

10. A copy of this Notice of Removal has been served upon Plaintiff, and together with a copy of the Notice of Removal and supporting papers, will be filed with the Dane County Clerk of Courts.

WHEREFORE, Defendant, Barbershop prays that further proceedings in the Dane County Circuit Court be discontinued and that said civil action case no. 2025 CV 3371 now pending in Dane County be removed to the United States District Court for the Western District of Wisconsin, and that such Court assume full jurisdiction of such action provided by law.

Respectfully submitted this 26th day of November, 2025.

von BRIESEN & ROPER, s.c.

*/s/ Patrick J. Leigl*
Patrick J. Leigl
WI State Bar No. 1095144
55 Jewelers Park Drive, Suite 400
Neenah, WI 54956
Patrick.leigl@vonbriesen.com

*Attorneys for the Barbershop A Hair Salon for Men, LLC*